# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 301 |
| | : | |
| APPOINTMENTS TO THE APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the following are hereby appointed as members of the Appellate Court Procedural Rules Committee for a term of five years, commencing July 1, 2022:

> Michael R. Dimino, Esquire
> Dauphin County
>
> Caleb Curtis Enerson, Esquire
> Dauphin County
>
> Honorable Judith Ference Olson
> Allegheny County
>
> Honorable Stacy S. Wallace
> McKean County